

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-20-00604-CV

**IN THE INTEREST OF A.R.M.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00201
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED, and appointed counsel's motion to withdraw is DENIED.

We order that no costs be assessed against the appellant because he is indigent.

SIGNED May 19, 2021.

_____
Rebeca C. Martinez, Chief Justice